**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number:

Irais Fuentes

v.

Law Offices of Ira T. Nevel and Ira T. Nevel, individually

**08 C 1075**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Irias Fuentes, Plaintiff

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
| --- |
| Kelli Dudley |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Laura K. Bautista on behalf of Kelli Dudley |

| FIRM |
| --- |
| Law Office of Kelli Dudley |

| STREET ADDRESS |
| --- |
| 9130 S. Houston, LL |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60637 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6289023 | (708) 229-2420 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |