# LAW OFFICE OF KELLI DUDLEY

**140 SOUTH DEARBORN**
**SUITE 1610**
**CHICAGO, ILLINOIS 60603**

**TELEPHONE: (312)771-9770**
**FACSIMILE: (312)443-1665**
attorneykelli@sbcglobal.net

March 12, 2008

**VIA US MAIL**
Ira T. Nevel
Law Offices of Ira T. Nevel
175 North Franklin, Suite 201
Chicago, Illinois 60605

RE:     **Fuentes v. Law Office of Ira T. Nevel, *et. al.*;** 08 C 01075

Mr. Nevel:

Enclosed is a minute order entered by Judge Joan B. Gottschall setting this case for status on April 30, 2008. Parties who have not appeared are still expected to attend that status. We hope to receive your waiver of service by then, but if not, we will be forced to serve you.

Please contact us with any questions.

Sincerely,

Laura K. Bautista
Law Office of Kelli Dudley

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Irais Fuentes

                         Plaintiff,

v.                                            Case No.: 1:08−cv−01075
                                            Honorable Joan B. Gottschall

Law Offices of Ira T. Nevel, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge Joan B. Gottschall : Status hearing set for 4/30/2008 at 09:30 AM. Plaintiff is directed to advise the defendants of the status hearing forthwith. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.