AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Irais Fuentes

V.

Law Offices of Ira T. Nevel and
Ira T. Nevel, individually

CASE NUMBER: 08 C 01075

ASSIGNED JUDGE: Joan B. Gotschall

DESIGNATED
MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

Ira T. Nevel
Owner of Law Offices of Ira T. Nevel
175 N. Franklin Street Suite 201
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Laura K. Bautista<br>205 W. Monroe 4th flr<br>Chicago, IL 60606 | OR | Kelli Dudley, Law Office of<br>9130 S. Houston, LL<br>Chicago, IL 60637 |

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                   DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4-17-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| R. Andrew Smith | Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Daley Center, 50 W. Washington, Chicago, IL, on 28th Floor, hallway outside Rm 2809

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-17-08
Date

Signature of Server

Address of Server: 161 N. Clark St. #4700, Chicago, IL 60601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.