UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRAIS FUENTES, ) | |
| ) | Case No. 08 C 1075 |
| Plaintiff, ) | |
| ) | Judge Joan B. Gotschall |
| v. ) | |
| ) | Magistrate Judge Denlow |
| LAW OFFICES OF IRA T. NEVEL and ) | |
| IRA T. NEVEL, INDIVIDUALLY ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## AFFIDAVIT OF LAURA K. BAUTISTA

Comes now Laura K. Bautista and for her Affidavit states as follows:

1. I am an attorney that frequently works with the Law Office of Kelli Dudley on a contract basis.

2. My work with the Law Office of Kelli Dudley includes handling federal cases, including claims brought pursuant to the Fair Debt Collection Practices Act ("FDCPA").

3. I am familiar with all work performed by me through the Law Office of Kelli Dudley on behalf of Irias Fuentes in this matter.

4. I am familiar with the billing procedure of the Law Office of Kelli Dudley in this case.

5. On February 21, 2008, I electronically filed with the Northern District of Illinois Mrs. Fuentes claims pursuant to the FDCPA.

6. At the time of filing, I paid the $350.00 filing fee to file this case.

7. The following is a record of my time in this case:

| | | |
|---|---|---|
| 11/15/2007 | 1.0 | Discussed with attorney Kelli Dudley regarding possible FDCPA claim arising from state court proceedings. |
| 2/5/2008 | 2.3 | Researched sections of FDCPA. |
| 2/20/2008 | 2.5 | Drafted complaint, coversheet, and summons for filing in federal court. Filed electronic complaint 2/21/08 and delivered hard copies 2/22/08. |
| 3/12/2008 | 0.1 | Prepared letter to Defendants regarding Court's minute order. |
| 4/30/2008 | 1.0 | Appearance in Federal Court. |
| 5/19/2008 | 0.8 | Drafted motion for default judgment and affidavit for costs. |
| 5/21/2008 | 1.0 | Appearance in Federal Court. |

8. I mailed waiver of summons forms to Defendants along with a pre-paid method of returning the forms, however, Defendants did not waive service of summons.

9. I hired R. Andrew Smith, an attorney, to serve Ira T. Nevel and Law Offices of Ira T. Nevel. The cost of this service was $75.00.

10. The Law Office of Kelli Dudley and I charge $195 for one billable hour of representation in federal court.

11. I have previously been awarded fees at the rate of $195 per billable hour in the case of *McClendon v. Continental Service Group, Inc.*, case number 07 C 4784 and in the case of *Einbinder v. Complete Credit Solutions Inc.*, 07 C 2365.

12. This affidavit is based on my personal knowledge.

13. If called upon to testify, I would offer testimony consistent with the contents of this affidavit.

14. Under penalties of perjury under the laws of the United States of America, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Respectfully submitted,

s/ Laura K. Bautista_____
Laura K. Bautista
Attorney at Law