UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRAIS FUENTES, | ) | |
| | ) | Case No. 08 C 1075 |
| Plaintiff, | ) | |
| | ) | Judge Joan B. Gotschall |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| LAW OFFICES OF IRA T. NEVEL and | ) | |
| IRA T. NEVEL, INDIVIDUALLY | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Ira T. Nevel
     Law Offices of Ira T. Nevel
     175 North Franklin, Suite 201
     Chicago, Illinois 60605

   On the previously scheduled status date of May 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan B. Gotschall, or any Judge presiding in her stead, in Courtroom 2325, usually occupied by said Judge in the Everett McKinley Dirksen Building, United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, and present Plaintiff's Motion for Default Judgment Pursuant to Rule 55(b)(1).

                              Respectfully submitted,

                              s/ Laura K. Bautista_____
                              Laura K. Bautista

Laura K. Bautista
205 W. Monroe, 4th Floor
Chicago, IL 60606
(773) 512-5796 (TEL)
Attorney number: 6289023
bautista.laura@gmail.com
*Lead Counsel for Plaintiff*

2

**CERTIFICATE OF MAILING**

      I, Laura K. Bautista, hereby certify that on May 19, 2008, a copy of this Motion and certificate were filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via Certified Mail, tracking number 7008 0500 0000 4542 7400, to the following:

Ira T. Nevel
Law Offices of Ira T. Nevel
175 North Franklin, Suite 201
Chicago, Illinois 60605

                                        Respectfully submitted,

                                        s/ Laura K. Bautista_____
                                        Laura K. Bautista

Laura K. Bautista
205 W. Monroe, 4th Floor
Chicago, IL 60606
(773) 512-5796 (TEL)
Attorney number: 6289023
bautista.laura@gmail.com
*Lead Counsel for Plaintiff*