# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CV 1075 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Fuentes v. Offices of Ira T. Nevel et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion for default judgment pursuant to Rule 55(b)(1) [9] is granted. It is hereby ordered that default judgment is entered in favor of Plaintiff and against Defendant, Law Offices of Ira T. Nevel and Ira T. Nevel, individually in the amount of $3,046.50. Civil Case Terminated.

Docketing to mail notices.
Mail AO 450

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|