# United States District Court
## Northern District of Illinois
### Eastern Division

Fuentes                                         **JUDGMENT IN A CIVIL CASE**

            v.                                                     Case Number: 08 C 1075

Ira T. Nevel et al

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against Defendant, Law Offices of Ira T. Nevel and Ira T. Nevel, individually in the amount of $3,046.50.  Civil Case Terminated.

                                                      Michael W. Dobbins, Clerk of Court

Date: 5/21/2008                                              _____

                                                                  /s/ Rhonda Johnson, Deputy Clerk