udley





 60605



U.S. POSTAGE
PAID
CHICAGO, IL
60601
MAY 20, '08
AMOUNT
$3.46
00096708-14

7008 0500 0000 4542 7400

Ira T. Nevel
Law Offices of Ira T. Nevel
175 North Franklin, Suite 201
Chicago, Illinois 60605

EXHIBIT
tabbies
A