
**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 0500 0000 4542 7400**
Detailed Results:

- **Delivered, May 22, 2008, 11:20 am, CHICAGO, IL 60606**
- **Arrival at Unit, May 22, 2008, 9:11 am, CHICAGO, IL 60606**
- **Acceptance, May 20, 2008, 8:42 am, CHICAGO, IL 60601**

( < Back )                ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**EXHIBIT**
B

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                5/30/2008