UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRAIS FUENTES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 07 C 1075 |
| | ) | |
| LAW OFFICES OF IRA T. NEVEL and IRA T. NEVEL, INDIVIDUALLY, | ) ) | Judge Gotschall |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

Please take notice that on June 5, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan B. Gotschall in Room 2325 of the United States District Court for the Northern District of Illinois, Dirkson Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the enclosed MOTION TO QUASH SERVICE AND TO VACATE JUDGMENT.

　　　　　　　　　　　　　　　　　　 /s/ Jonathan D. Nusgart
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Jonathan D. Nusgart
James V. Noonan
Noonan & Lieberman
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

2

**CERTIFICATE OF SERVICE**

    Pursuant to L.R. 5.9, the undersigned certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** was electronically served via the CM/ECF system on May 30, 2008, to the following counsel of record:

Laura K. Bautista
e-mail:  bautista.laura@gmail.com


              /s/   Jonathan D. Nusgart           .