**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Irais Fuentes
                                Plaintiff,

v.                                                     Case No.: 1:08−cv−01075
                                                                    Honorable Joan B. Gottschall

Law Offices of Ira T. Nevel, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

       MINUTE entry before the Honorable Joan B. Gottschall: ( On the court's own motion, Defendants' motion to quash service and to vacate judgment [15] is reset to 6/12/2008 at 10:00 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.