**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Irais Fuentes
                      Plaintiff,

v.                                                  Case No.: 1:08−cv−01075
                                                        Honorable Joan B. Gottschall

Law Offices of Ira T. Nevel, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held on 6/12/2008. Defendants' Motion to quash service and to vacate judgment [15] is taken under advisement. Plaintiff to respond to the motion by 6/20/2008. Defendants to reply by 6/27/2008. Ruling will be by mail. Status hearing will be set after ruling. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.